## Clifton T. NEAL, Appellant
### v.
### UNITED STATES of America, Appellee.
### No. 11873.

United States Court of Appeals
District of Columbia Circuit.

Argued March 9, 1954.

Decided April 22, 1954.

Mr. T. Emmett McKenzie, Washington, D. C., for appellant.

Mr. Robert J. Asman, Jr., Asst. U. S. Atty., Washington, D. C., with whom Mr. Leo A. Rover, U. S. Atty., and Messrs. Lewis A. Carroll and Arthur J. McLaughlin, Asst. U. S. Attys., Washington, D. C., were on the brief, for appellee.

Before CLARK, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

Appellant was indicted, tried, convicted and sentenced upon three counts

charging violations of the federal narcotic laws.[1] We find no error affecting his substantial rights, and the judgment of the District Court is

Affirmed.

1. Secs. 1 and 2, Harrison Narcotic Act, 38 Stat. 785–786 (1914), as amended, 26 U.S.C.A. §§ 2553(a), 2554(a); Sec. 1,

Jones-Miller Act, 42 Stat. 596 (1922), as amended, 21 U.S.C.A. § 174.